Richard M. **BROCK**, Claimant–Appellant,

v.

Hershel W. **GOBER**, Acting Secretary of Veterans Affairs, Respondent–Appellee.

No. 98–7037.

United States Court of Appeals, Federal Circuit.

Dec. 15, 2000.

Before MAYER, Chief Judge, NEWMAN, Circuit Judge, PLAGER,* Senior Circuit Judge, MICHEL, LOURIE, CLEVENGER, RADER, SCHALL, BRYSON, GAJARSA, LINN, DYK, Circuit Judges.

*ORDER*

Upon review of the recently-enacted Veterans Claims Assistance Act and, m[illegible text] specifically, review of the

* Judge Plager assumed senior status on No-

Act's substantial revision of 38 U.S.C. § 5107(a),

IT IS ORDERED THAT:

(1) The court's October 24, 2000 stay is lifted.

(2) The judgment of the Court of Appeals for Veterans Claims is vacated.

(3) The case is remanded to allow the Court of Appeals for Veterans Claims to consider the application of the revised statute to Brock's case.